UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PEGGY POINDEXTER** | * | **CIVIL ACTION NO.** |
| | * | |
| | * | **JUDGE** |
| **VERSUS** | * | |
| | * | **MAG. JUDGE** |
| | * | |
| **LOWE'S HOME CENTERS, L.L.C.** | * | **JURY TRIAL** |

*************************************************************************

## COMPLAINT FOR REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant, **Lowe's Home Centers, L.L.C. (hereinafter referred to as "Lowe's"),** who, pursuant to 28 U.S.C. 1441(B), seeks removal of this matter and respectfully avers as follows:

I.

This litigation arises out of an incident that occurred on or about January 25, 2014, when plaintiff, Peggy Poindexter, was a patron at Lowe's located in Lake Charles, Louisiana. Plaintiff contends she was approaching the entrance of Lowe's when she stepped and slipped upon ice located in the parking lot. (See plaintiff's Petition for Damages, attached hereto as Exhibit 1, at paragraph 3.)

II.

On January 23, 2015, plaintiff filed suit in the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, alleging that she is of legal age and domiciled in the Parish of Calcasieu, State of Louisiana. (See Exhibit 1.)

III.

Defendant, Lowe's, is incorporated in the State of North Carolina with its principal place of business in the State of North Carolina.

IV.

Plaintiff claims generally that Lowe's was negligent in causing this accident.  (See Exhibit 1, at paragraph 5.)

V.

Plaintiff alleges to have sustained personal injuries to her head, neck, arm, and back. (See Exhibit 1, at paragraph 10.) Based on the allegations in plaintiff's Petition for Damages alone, the amount in controversy was insufficient to support removal of this matter to this Honorable Court.

VI.

On April 9, 2015, Lowe's received plaintiff's settlement demand and supporting medical records. (See correspondence from plaintiff's enclosing her settlement package, attached hereto as Exhibit 2.)  Plaintiff indicated in a settlement package that she had been treating and incurred over $30,000 in medical expenses. (See settlement package attached hereto as Exhibit 3.) Plaintiff's settlement demand in the amount of $100,000 exceeds the $75,000 threshold requirement for removal of this matter.

VII.

Additionally, this matter is subject to removal in that complete diversity exists between the plaintiff, a Louisiana resident, and defendant, Lowe's, which is incorporated in the State of

North Carolina with its principal place of business also in the State of North Carolina.

VIII.

Based upon the amount in controversy and the diversity of citizenship between the parties, the matter in dispute states a claim pursuant to diversity of which the District Courts of the United States have original jurisdiction as specified by 28 U.S.C. 1332.

IX.

Lowe's files this complaint for removal, duly verified, in this Court within thirty (30) days after receipt of written documentation that the requisite amount in controversy is present pursuant to 28 U.S.C. 1446(b).

X.

Lowe's has good and sufficient defenses to plaintiff's claims for relief and disputes all rights to the relief prayed for in plaintiff's Petition.

WHEREFORE, defendant, **Lowe's Home Centers, L.L.C.,** prays for removal of this matter from the docket of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, to the docket of the United States District Court for the Western District of Louisiana, Lake Charles Division.

Respectfully submitted:

**TAYLOR, WELLONS, POLITZ & DUHE, APLC**

BY: /s/ Scott Rainwater _____
        Paul J. Politz  (Bar Roll No. 19741)
        D. Scott Rainwater (Bar Roll No. 30683)
        Chris W. Caswell (Bar Roll No. 35077)
        8550 United Plaza Boulevard, Suite 101
        Baton Rouge, LA  70809
        Telephone:    (225) 387-9888
        Facsimile:    (225) 387-9886

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | Electronic Mail/CM/ECF System | | |

Baton Rouge, Louisiana this 7th day of May, 2015.

        /s/ Scott Rainwater _____
        TAYLOR, WELLONS, POLITZ & DUHE, APLC

## **A F F I D A V I T**

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

    I, D. Scott Rainwater, being duly sworn, on oath depose that I am the attorney for defendant, Lowe's Home Centers, Inc., and that I have prepared and read the foregoing Complaint for Removal and know the contents thereof and that the matters and things herein mentioned are true to the best of my knowledge, information and belief.

_____
D. SCOTT RAINWATER

SWORN TO AND SUBSCRIBED

BEFORE ME, NOTARY, THIS ___7th___

DAY OF _____May_____, 2015.

_____
NOTARY PUBLIC
NAME: ___Rachel Korach___
NOTARIAL NUMBER: ___33927___