UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PEGGY POINDEXTER | : | DOCKET NO. 2:15CV1658 |
| VS. | : | JUDGE MINALDI |
| LOWE'S HOME CENTERS INC. | : | MAGISTRATE JUDGE KAY |

JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons cited therein,

IT IS ORDERED, ADJUDGED and DECREED that Lowe's Home Center's Motion for Summary Judgment (Rec. Doc. 10) IS GRANTED.

IT IS FURTHER ORDERED that the plaintiff's claims against Lowe's ARE DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this 25 day of March, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE